IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION


FILED
JUL 25 2018
Clerk, U.S. District Court
District Of Montana
Billings

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RIKKO CHRIS BOLOTAS,<br><br>Defendant. | CR 18-94-BLG-SPW<br><br>**ORDER** |

Defendant appeared before the Court on July 25, 2018, for an arraignment. For reasons discussed on the record, Defendant shall be released pending trial under the terms and conditions set forth in his Conditions of Release.

DATED this 25th day of July, 2018.

TIMOTHY J. CAVAN
United States Magistrate Judge