IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 18-94-BLG-SPW |
|---|---|
| Plaintiff, | **ORDER** |
| vs. | |
| RIKKO CHRIS BOLOTAS, | |
| Defendant. | |

Defendant has filed an Unopposed Motion to Temporarily Modify Conditions of Release for the purpose of participating in his brother's wedding in Castledale, Utah on June 1, 2019. (Doc. 74.) As discussed on the record, IT IS HEREBY ORDERED that Defendant will be allowed to leave Yellowstone County, Montana on May 31, 2019 subject to any additional conditions and requirements mandated by his Pretrial Services Officer, including wearing a drug and alcohol detection patch. Defendant will then be required to return to Yellowstone County on June 2, 2019. Defendant will also be required to report to Pretrial Services on June 3, 2019.

DATED this 16th day of May, 2019.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge